May Term,
1857.

Lewis
v.
Bartlett.

Monday,
June 1.

(1) See *post, Jolly et al* v. *The Terre Haute Bridge Co.*, and cases cited.

(2) See *Jarboe* v. *Kepler*, 8 Ind. R. 314; *Irwin* v. *Anthony, id.* 470; *Leyner* v. *The State, id.* 490.

---

LEWIS and Another *v.* BARTLETT.

Monday,
June 1.

APPEAL from the *Delaware* Circuit Court.

This was an action upon a receipt given for wheat in store, commenced before a justice of the peace, and appealed to the Circuit Court. Plea, the general issue. Judgment for the plaintiff.

There was no exception to any ruling of the Court.

The defendant appeals.

*Per Curiam.*—No exception having been taken in this case, the record presents no question to this Court.

The judgment is affirmed with 10 per cent. damages and costs (1).

*W. March*, for the appellee.